AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hochberg, Faith S | District of New Jersey | 6/26/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Post Office and Courthous Federal Square Newark, N.J. 07101-0999 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   VP and Secretary | Hochberg Foundation, Inc. |
| 2.   Board of Trustees | New Jersey Women's Forum |
| 3.   Board of Trustees | Albert and Mary Lasker Foundation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 27 A 11: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 1/1-12/31 | Artwork | $ 4,626 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cornell Law School Moot Court | April 8-10 - Ithaca, NY, Competition Judge (transportation and meals) |
| 2. | ABA Midyear Meeting | February 9-10 - Chicago, IL, Seminar (transportation, meals, lodging) |
| 3. | Albert and Mary Lasker Foundation | June 15-16 - New York City, Board of Trustees Meeting (meals and transportation) |
| 4. | Abert and Mary Lasker Foundation | September 27-29 - New York City, Board of Trustees Meeting (meals and transportation) |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBH | | None | | T | | | | | |
| 2. BRK A | | Dividend | | T | | | | | |
| 3. FXI | | None | | T | | | | | |
| 4. INTC | | None | | T | sell | 3-13 | | | |
| 5. IWN | | None | | T | | | | | |
| 6. LRP | | None | | T | | | | | |
| 7. LU | | Dividend | | T | sell | 1-2 | | | |
| 8. OAKGX | | None | | T | | | | | |
| 9. NASDAQ 100 (QQQQ) | | None | | T | | | | | |
| 10. OMEGA FUND | | None | | T | | | | | |
| 11. QCOM | | None | | T | sell | 2-27 | | | |
| 12. S&P 500 Fund | | Dividend | | T | | | | | |
| 13. Vanguard Emerging Markets Fund | | None | | T | | | | | |
| 14. Cohen Broad Street Fund | | None | | T | | | | | |
| 15. Israel Bonds | | Dividend | | T | | | | | |
| 16. U.S. Treasury Obligations | | Interest | | T | | | | | |
| 17. Pine Street Partners Limited Partnership | | Distribution | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tower Associates Limited Partnership | | None | | U | | | | | |
| 19. U.S. Treasury Money Market Funds | | Interest | | T | | | | | |
| 20. TIAA-CREF | | Distribution | | T | | | | | |
| 21. Port Authority NY/NJ/PA Bonds | | Interest | | T | | | | | |
| 22. UBS PaineWebber Muni Bond Fund | | Interest | | T | | | | | |
| 23. NJ Highway (Trpk) Bonds | | Interest | | T | | | | | |
| 24. Passaic Valley Sewer Bonds | | Interest | | T | | | | | |
| 25. Montgomery MD housing Bonds | | Interest | | T | | | | | |
| 26. NH housing Bonds | | Interest | | T | sell | 5-11 | | | |
| 27. NJ Hsg Fin Auth Bond | | Interest | | T | | | | | |
| 28. Puerto Rico Bldg Auth Bonds | | Interest | | T | | | | | |
| 29. CranburyNJ Bonds | | Interest | | T | sell | 1-17 | | | |
| 30. Virgin Islands Bonds | | Interest | | T | | | | | |
| 31. Atlantic Co., NJ Bonds | | Interest | | T | | | | | |
| 32. Humboldt, NV Bonds | | Interest | | T | sell | 11-30 | | | |
| 33. NJ Muni Bond Fund | | Interest | | T | | | | | |
| 34. Germantown, WI Bonds | | Interest | | T | sell | 3-1 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period. | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Margate, NJ Bonds | | Interest | | T | sell | 11-26 | ■ | ▮ | |
| 36. NJ Educational Fac Bonds | | Interest | | T | | | | | |
| 37. Pittsburgh, PA Stadium Bonds | | Interest | | T | | | | | |
| 38. NJ Educ Development Bonds | | Interest | | T | | | | | |
| 39. Fulco, GA Hosp Facilities Bonds | | Interest | | T | | | | | |
| 40. North NJ Water Bonds | | Interest | | T | | | | | |
| 41. CalvertCityMD Bonds | | Interest | | T | sell | 7-17 | | | |
| 42. NJ HealthCare Bonds | | Interest | | T | | | | | |
| 43. ArlingtonCty Bonds | | Interest | | T | | | | | |
| 44. MercerCounty, NJ Muni Bonds | | Interest | | T | buy | 8-10 | | | |
| 45. NJ Educ Facilities Bonds | | Interest | | T | buy | 1-26 | | | |
| 46. Ocean City, NJ Bonds | | Interest | | T | buy | 2-13 | | | |
| 47. NJ Healthcare Bonds | | Interest | | T | buy | 12-19 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S | 6/26/07 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date ___6/26/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544